·In the Matter of the Probate of the Will of JOHN J.
O'NEIL, Deceased.

MARY O'NEIL et al., Appellants; WILLIAM F. CODY, as
Executor, Respondent.

*Matter of O'Neil*, 143 App. Div. 974, affirmed.
(Argued February 13, 1912; decided February 27, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 30, 1911, which affirmed a decree of the Washing-
ton County Surrogate's Court admitting to probate the
will of John J. O'Neil, deceased.

*James F. Brearton* and *James Farrell* for appellants.

*O. A. Dennis* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER,
WILLARD BARTLETT, HISCOCK and CHASE, JJ.